UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO. 4:17-CR-00393 |
| v. | : |
| | : JUDGE MANNION |
| RAYMOND HOWARD, | : |
| a.k.a. "Smiles," | : |
| a.k.a. "Smizz," | : **FILED VIA ECF** |
| Defendant | : |

### INFORMATION OF PRIOR CONVICTION

The United States of America, by David J. Freed, United States Attorney for the Middle District of Pennsylvania, through Alisan VanFleet, Assistant United States Attorney, files this Information to establish a prior conviction, pursuant to 21 U.S.C. § 851, which increases the maximum penalty on Count One from 40 years to life imprisonment.

Count One of the Indictment charges conspiracy to distribute controlled substances (heroin and carfentanil), in violation of 21 U.S.C. § 846.

Prior to the filing of the Indictment, the defendant was convicted of the following felony drug offenses:

1) CP-41-CR-0001373-2008, Counts 1, 2, 5, 6, 9, 10, 13, 14, 17, Lycoming County Court of Common Pleas, arrest date 05/09/2008, disposition date 03/16/2010, guilty of 35 § Pa. C.S. §780-113 §§ (a)(30), Manufacturing, Delivery, or Possessing

with the Intent to Deliver a Controlled Substance, punishable under Pennsylvania law by greater than one year in prison.

2) CP-41-CR-0000465-2010, Count 1, Lycoming County Court of Common Pleas, arrest date 01/03/2016, disposition date 05/03/2010, guilty plea to 35 § Pa. C.S. §780-113 §§ (a)(30), Manufacturing, Delivery, or Possessing with the Intent to Deliver a Controlled Substance, punishable under Pennsylvania law by greater than one year in prison.

3) CP-51-CR-00210451-1995, Count 1, Philadelphia Court of Common Pleas, arrest date 02/18/1995, disposition date 04/24/1997, guilty of 35 § Pa. C.S. §780-113 §§ (a)(30), Manufacturing, Delivery, or Possessing with the Intent to Deliver a Controlled Substance, punishable under Pennsylvania law by greater than one year in prison.

4) CP-51-CR-0301951-2006, Count 1, Philadelphia Court of Common Pleas, arrest date 08/31/2005, disposition date 01/19/2012, guilty plea to 35 § Pa. C.S. §780-113 §§ (a)(30), Manufacturing, Delivery, or Possessing with the Intent to Deliver a Controlled Substance, punishable under Pennsylvania law by greater than one year in prison.

Accordingly, the United States gives notice, pursuant to 21 U.S.C. § 851 that the increased statutory penalty for Count One is a maximum of life imprisonment, a maximum fine of $8,000,000 and at least 8 years of supervised release.

        Respectfully submitted,

        DAVID J. FREED
        UNITED STATES ATTORNEY

        By:
        /s/Alisan VanFleet
        Alisan VanFleet
        Assistant United States Attorney
        Attorney ID PA 316757
        Office of the U.S. Attorney
        240 West Third Street, Suite 316
        Williamsport, PA 17701
        Telephone:  570-601-8486
        Facsimile:  570-326-7916
        Alisan.VanFleet@usdoj.gov

Date: April 13, 2018